# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: S
DATE: 11/3/2020   TIME: 2:40
U.S. MARSHAL E/TN ✓
KNOXVILLE, TN

| | |
|---|---|
| United States of America<br>v.<br>SKYLER JAMES KRATOHWIL<br><br>_____<br>Defendant | ) ) ) ) ) ) ) Case No. 3:20-CR-100<br><br>**SEALED**<br><br>**FILED**<br>APR 19 2021<br>Clerk, U. S. District Court<br>Eastern District of Tennessee<br>At Knoxville |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Skyler James Kratohwil,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C § 846 - Conspiracy to distribute a Schedule II controlled substance
21 U.S.C § 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2 - Possess with intent to distribute 50 grams or more of methamphetamine

Date: 11/03/2020

_____
Issuing officer's signature

JOHN L. MEDEARIS, CLERK

City and state: Knoxville TN

_____
Printed name and title

---

**Return**

This warrant was received on (date) 11/3/2020, and the person was arrested on (date) 4/13/2021
at (city and state) Kingston, TN.

Date: 4/13/2021

_____
Arresting officer's signature

Greg Martin, Special Agent
Printed name and title